**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Mitchell SMALLS, Defendant—**
**Appellant.**

No. 06–6807.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 19, 2006.

Mitchell Smalls, Appellant Pro Se.
Robert Edward Bradenham II, Assistant
United States Attorney, Newport News,
Virginia, for Appellee.

Before NIEMEYER, KING, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Mitchell Smalls seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Smalls has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal.

Additionally, we construe Smalls' notice of appeal and informal brief as an application to file a second or successive § 2255 motion. *See United States v. Winestock*, 340 F.3d 200, 208 (4th Cir.2003). However, because Smalls' claims do not satisfy the statutory requirements for obtaining authorization, we deny his application. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*